# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| MARION T. DYAS and, <br> CRAIG F. DYAS, <br><br> Plaintiffs, <br><br> v. <br><br> NATIONSTAR MORTGAGE LLC <br> et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil No. 14-00510-CG <br> ) <br> ) <br> ) <br> ) <br> ) |

## CONSENT ORDER

Based on the agreement of the parties as represented to the Court (Doc. 17), it is hereby **Ordered** as follows:

The hearing set for November 26, 2014, on Plaintiffs' Motion for Preliminary Injunction, is postponed indefinitely and no injunction will issue. Nationstar is **Ordered** to given Plaintiffs' counsel a reasonable opportunity to request a hearing on their request for a preliminary injunction should Nationstar desire to restart foreclosure proceedings.

**DONE** and **ORDERED** this 25th day of November, 2014.

/s/ Callie V. S. Granade  
UNITED STATES DISTRICT JUDGE